UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV708 CDP |
| ) | |
| JETT PLUMBING & SITE ) | |
| UTILITIES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Jett Plumbing & Site Utilities, Inc.** on **May 12, 2009**.

**IT IS HEREBY ORDERED** that plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2009.